State, *ex rel.,* v. City of Kingman.

No. 26,963.

R. L. FUNK, as Guardian of MARGARET A. FISH, an Incompetent, *Appellee,* v. ROBERT S. FISH, *Appellant.*

OPINION DENYING A REHEARING.

Appeal from Brown district court; C. W. RYAN, judge. Opinion denying a rehearing filed March 24, 1927. (For original opinion of affirmance see 122 Kan. 295.)

*Bennett R. Wheeler, S. M. Brewster, John L. Hunt,* all of Topeka, and *Paul B. Bailey,* of Hiawatha, for the appellant.

*W. F. Means* and *W. E. Archer,* both of Hiawatha, for the appellee.

The opinion of the court was delivered by

MASON, J.:   The appellant's motion for a rehearing is overruled. The court does not hold, however, that want of mental capacity to transact business is in itself conclusive proof of want of capacity to execute a deed, nor that later unsworn declarations of the maker of a deed are competent evidence on the issue of undue influence further than as they may tend to show the grantor's mental condition, as to which, however, see 3 Wigmore on Evidence, § 1738.